UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUNG B. TIEU, | ) | CASE NO. CV 13-9093-JVS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| UNITED STATES OF AMERICA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the action is dismissed.

DATED: _____2.20.14_____.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\TIEU, H 9093\judgment.wpd